

**FILED**

01/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0685



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0685

DIAMOND V. CORPORATION, INC., a
Montana corporation, GRANT KUBESH,
MARY KUBESH, ZACH RUBESH and
BARBARA KUBESH,

      Plaintiffs and Appellants,

v.

BUCKHORN ENERGY OAKS
DISPOSAL SERVICES, LLC, a foreign
limited liability company, and
DAWSON COUNTY, a political
subdivision of the STATE OF
MONTANA,

      Defendants and Appellees.

**ORDER OF MEDIATOR APPOINTMENT**

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **Daniela E. Pavuk,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this January 27, 2023.

Bowen Greenwood, Clerk of the Supreme Court

c:     Jordan Walter FitzGerald, Jordan.fitzgerald@moultonbellingham.com
Adam Tunning, adam.tunning@moultonbellingham.com
Benjamin J. Alke, balke@cristlaw.com
Harlan B. Krogh, hkrogh@cristlaw.com
Ben T. Sather, ben@satherlawfirm.com
Daniela E. Pavuk, dpavuk@pafuklaw.com